UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TTI GLOBAL WELFARE
BENEFIT PLAN, *et al.*,

        Plaintiffs,

v.

BLUE CROSS BLUE
SHIELD OF MICHIGAN,

        Defendant.
_____/

Case No. 2:15-cv-11357
Judge George Caram Steeh
Magistrate Judge Anthony P. Patti

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' DECEMBER 1, 2015 MOTION TO COMPEL AND EXTEND DEADLINES (DE 24) and CANCELLING HEARING SET FOR FEBRUARY 18, 2016 (DE 33)**

Plaintiffs initiated this lawsuit on April 14, 2015. (DE 1.) On December 1, 2015, Plaintiffs filed a motion to compel discovery and extend deadlines in scheduling order, which Judge Steeh referred to me for hearing and determination. (DEs 24, 26.) A response and reply were filed, and a hearing was noticed for February 18, 2016. (DEs 29, 30, 33.)

Today, January 8, 2016, Plaintiffs' counsel notified the Court that the parties have reached a full settlement in this case. Accordingly, Plaintiffs' December 1, 2015 motion (DE 24) is **DENIED WITHOUT PREJUDICE** and the hearing noticed for February 18, 2016 (DE 33) is **CANCELLED**.

      **IT IS SO ORDERED.**

Dated: January 8, 2016        s/ Anthony P. Patti
                                             Anthony P. Patti
                                             UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 8, 2016, electronically and/or by U.S. Mail.

                                             s/Michael Williams
                                             Case Manager for the
                                             Honorable Anthony P. Patti
                                             (313) 234-5200